UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **MARIE BACON** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:11-CV-01904 |
| v. | ) |
| | ) |
| **AMERICAN CORADIUS INTERNATIONAL** | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

COME NOW Plaintiff and Defendant, by and through their respective counsel, and inform this Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all parties consent and stipulate to the dismissal of this action with prejudice. The parties respectfully request that this Court enter an Order dismissing this suit with prejudice and terminating this litigation.

RESPECTFULLY SUBMITTED:

s/ James W. Eason

_____
RICHARD A. VOYTAS JR. #52046MO
JAMES W. EASON, #57112MO
EASON & VOYTAS LLC
One North Taylor Avenue
St. Louis, Missouri 63108
Phone: (314) 932-1066
Fax:    (314) 667-3161

s/ Allison L. Cannizaro

_____
Allison L. Cannizaro
SESSIONS AND FISHMAN
3850 N. Causeway Blvd
Suite 200
Metairie, LA 70002-7227

1

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the individuals listed on the service list below by ECF Filing on February 13, 2012.


    s/ James W. Eason

    _____
    RICHARD A. VOYTAS JR. #52046MO
    JAMES W. EASON, #57112MO
    EASON & VOYTAS LLC
    One North Taylor Avenue
    St. Louis, Missouri 63108
    Phone: (314) 932-1066
    Fax:    (314) 667-3161


    s/ Allison L. Cannizaro

    _____
    Allison L. Cannizaro
    SESSIONS AND FISHMAN
    3850 N. Causeway Blvd
    Suite 200
    Metairie, LA 70002-7227
    (504) 846-7296
    acannizaro@sessions-law.biz